CHARLES W. WATSON, as Administrator, etc., Respondent, *v.* THE BROADWAY AND SEVENTH AVENUE RAILROAD COMPANY, Appellant.

(Argued October 10, 1888; decided October 26, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 25, 1885, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Samuel B. Clarke* for appellant.

*Wallace Macfarlane* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed

---

JOHN KERINS, as Administrator, etc., Respondent, *v.* THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.

(Argued October 10, 1888; decided October 26, 1888.)

APPEAL from judgment of the General Term of the Superior Court of Buffalo, in favor of plaintiff, entered upon an order made March 22, 1886, which denied a motion for a new trial, and directed judgment on a verdict.

*James F. Gluck* for appellant.

*Warren F. Miller* for respondent.

Agree to affirm; no opinion.
All concur, except ANDREWS, J., not sitting.
Judgment affirmed.